AO 93    (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

**SOUTHERN**                                 District of    **CALIFORNIA**

FILED
2008 AUG 22  PM 12: 29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

BY: _____ DEPUTY

Premises Known as:
Boost Mobile i855 Cellular Telephone
Model # H65XAN6RR4DN
Serial Number 364VHS069B

Case Number:

**'08 MJ 2502**

TO: __Any FBI Special Agent_____  and any Authorized Officer of the United States

Affidavit(s) having been made before me by ____FBI Special Agent Murry T. Streetman_____ who has reason to believe
                                                                    Affiant

that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)

Boost Mobile i855 Cellular Telephone
Model # H65XAN6RR4DN
Serial Number 364VHS069B

in the __SOUTHERN_____ District of _____CALIFORNIA_____ there is now
concealed a certain person or property, namely (describe the person or property)

Those items set forth in Attachment B
which are the fruits, evidence and instrumentalities concerning a violation of Title 8 United States Code, Section(s)
1324(a)(1)(A)(iii)(Harboring Aliens); 1324(a)(1)(A)(ii)(Transportation of Aliens; and Conspiracy to Harbor and Transport Aliens in
violation of Title 8, U.S.C. Section(s) 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(ii).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described
is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____8/22/08_____
                                                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the
search    ☒    in the daytime — 6:00 AM to 10:00 P.M. · ☐ at ~~anytime in the day or night as I find reasonable cause has been
established~~    and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person
or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
**ANTHONY J. BATTAGLIA** as required by law.

_____
U.S. Judge or Magistrate

**AUG 1 2 2008   4:30 pm**                at      **San Diego, California**
_____                       _____
Date and Time Issued                             City and State
**ANTHONY J. BATTAGLIA**
**U.S. MAGISTRATE JUDGE**
_____                _____
Name and Title of Judicial Officer               Signature of Judicial Officer

AO 93      (Rev. 8/98)   Search Warrant (Reverse)

| RETURN | Case Number: |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH. |
|---|---|---|
| 08/12/2008 | 08/13/2008   12:00 PM | |

INVENTORY MADE IN THE PRESENCE OF

*United States Border Patrol Senior Patrol Agent Luis Rivera, FBI Special Agent Murry T. Streetman*

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Boost Mobile i855 cellular telephone
Model # H65XAN6RR4DN
Serial Number 364VHS069B

Several names/manikers with associated telephone numbers retrieved from the cellular telephone directory.

Last numbers dialed, Incoming calls and missed calls from June 24, 2008 through July 31, 2008

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____                    8/22/08
U.S. Judge of Magistrate                              Date